UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Emily Moya, | Case No.  2:25-cv-01492-JAD-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| Dario Sanchez, et al., | |
| Defendants. | |

On August 13, 2025, Plaintiff filed a Civil Rights Complaint alleging that her rights were violated during her incarceration at Florence McClure Women's Correctional Center ("FMWCC"). ECF No. 1.  The Complaint states that Plaintiff was formerly incarcerated at FMWCC, and the Nevada Department of Corrections online inmate search lists Plaintiff as paroled.  *Id.*  Plaintiff has paid the $405 filing fee in full.  *Id.*

Federal courts must conduct a preliminary screening in any case in which an incarcerated person seeks redress from a governmental entity or officer or employee of a governmental entity. *See* 28 U.S.C. § 1915A(a).  However, it appears that Plaintiff is no longer incarcerated, and, as such, the screening requirements of 28 U.S.C. § 1915A do not apply to this case.  *See Olivas v. Nevada ex rel. Dep't of Corr.*, 856 F.3d 1281, 1284 (9th Cir. 2017) (holding "that a court may screen a complaint pursuant to 28 U.S.C. § 1915A only if, at the time the plaintiff files the complaint, he is 'incarcerated or detained'").

Federal courts must also conduct a preliminary screening in any case in which the plaintiff proceeds *in forma pauperis*.  28 U.S.C. § 1915(e)(2)(B)(i)-(iii); *See Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) (holding that this screening procedure applies to all actions filed *in forma pauperis*, whether or not the plaintiff is incarcerated).  However, in this case, Plaintiff has paid the filing fee in full.  Because Plaintiff is not currently incarcerated, and she has paid the $405 filing fee in full, this case is removed from the screening pool and will proceed according to standard litigation practices.

Accordingly, IT IS HEREBY ORDERED that the Court will not screen the Complaint, and this case will proceed on the standard litigation track.

Dated this 11th day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

- 2 -